UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

MICHAEL D. WALLACE, )
)
    Plaintiff, )
)
v. ) Case No. CV405-140
)
OFFICER J.A. WILLIAMS, JR., )
WARDEN DANNIE THOMPSON, and )
DEPUTY WARDEN JAMES DEAL, )
)
    Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 30 day of Oct., 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA